Jennifer Ishimoto (CA State Bar No. 211845)
Banie & Ishimoto LLP
2100 Geng Road, Suite 210
Palo Alto, California 94303
Telephone: 408-981-9472
Email: ishimoto@banishlaw.com

*Attorney for Plaintiff Lime Green Lighting, LLC*

Kirk R. Ruthenberg (admitted *pro hac vice*)
Nicholas H. Jackson (SBN 269976)
Dentons US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: 202-496-7500
Fax: 202-496-7756
Email: kirk.ruthenberg@dentons.com
nicholas.jackson@dentons.com

Andrew S. Azarmi (SBN 241407)
Dentons US LLP
1999 Harrison Street
Suite 1210
Oakland, CA 94612
Telephone: 415-356-4631
Fax: 415-267-4198
Email: andrew.azarmi@dentons.com

*Attorneys for Defendant Brilliant NextGen Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LIME GREEN LIGHTING, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>BRILLIANT NEXTGEN INC.,<br><br>  Defendant. | Case Number: 25-cv-00950-VKD<br>ORDER GRANTING **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 TO MODIFY BRIEFING SCHEDULE**<br><br>Judge: Hon. Virginia K. DeMarchi<br><br>Re: Dkt. No. 33 |

Pursuant to Civil L.R. 6-1(b) and 7-12, Plaintiff Lime Green Lighting, LLC ("Lime Green") and Defendant Brilliant NextGen, Inc. ("Brilliant NextGen"), by and through their counsel of record, respectfully stipulate and request that the Court enter an order as follows:

WHEREAS the Court has reset the hearing on Defendant's Motion to Dismiss to July 29, 2025. Dkt. No. 31;

WHEREAS Lime Green and Brilliant NextGen have agreed to extend Lime Green's deadline to respond to the Motion to Dismiss to June 25, 2025 and to extend Brilliant NextGen's deadline to file its reply to July 3, 2025;

WHEREAS Lime Green and Brilliant NextGen have agreed to stay discovery at least until after the hearing on the Motion to Dismiss. Dkt. No. 31;

WHEREAS Lime Green consents to the filing of this stipulation by counsel for Brilliant NextGen;

NOW THEREFORE, Lime Green and Brilliant NextGen respectively stipulate:

1. Lime Green's response to the Motion to Dismiss shall be due on June 25, 2025;
2. Defendant's reply in support of the Motion to Dismiss shall be due on July 3, 2025;
3. Lime Green and Brilliant NextGen will meet and confer after the hearing on the motion to dismiss to discuss whether to continue the stay, taking into account the Court's comments or rulings at that time;
4. Nothing in this Stipulation shall be construed as a waiver of any party's rights or positions in this action.

**IT IS SO STIPULATED.**

Dated: June 11, 2025           Respectfully submitted,

                               */s/ Jennifer Ishimoto*
                               Jennifer Ishimoto (SBN 211845)
                               Banie & Ishimoto LLP
                               2100 Geng Road, Suite 210
                               Palo Alto, California 94303
                               Telephone: 408-981-9472
                               Email: ishimoto@banishlaw.com

***Attorney for Plaintiff Lime Green Lighting, LLC***

                               */s/ Nicholas H. Jackson*
                               Kirk R. Ruthenberg (admitted *pro hac vice*)
                               Nicholas H. Jackson (SBN 269976)
                               Dentons US LLP
                               1900 K Street, N.W.
                               Washington, DC 20006
                               Telephone: 202-496-7500
                               Fax: 202-496-7756
                               Email: kirk.ruthenberg@dentons.com
                               nicholas.jackson@dentons.com

                               Andrew S. Azarmi (SBN 241407)
                               Dentons US LLP
                               1999 Harrison Street
                               Suite 1210
                               Oakland, CA 94612
                               Telephone: 415-356-4631
                               Fax: 415-267-4198
                               Email: andrew.azarmi@dentons.com

***Attorneys for Defendant Brilliant NextGen, Inc.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 12, 2025

_____

**Hon. Virginia K. DeMarchi**

**United States Magistrate Judge**