UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIME GREEN LIGHTING, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRILLIANT NEXTGEN INC.,<br><br>　　　　　Defendant. | Case No.  25-cv-00950-VKD<br><br>**ORDER RE STIPULATION RE DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 37 |

　　　　Pursuant to the parties' stipulation (Dkt. No. 37), defendant's pending motion to dismiss (Dkt. No. 29) is denied as moot, without prejudice to defendant to re-file a renewed motion to dismiss by July 23, 2025.  As agreed by the parties, the stay of discovery is extended through the hearing date on any renewed motion to dismiss, or if no renewed motion to dismiss is filed, through July 23, 2025.

　　　　**IT IS SO ORDERED.**

Dated: July 2, 2025

Virginia K. DeMarchi
United States Magistrate Judge