UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIME GREEN LIGHTING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRILLIANT NEXTGEN INC., <br><br> Defendant. | Case No.  25-cv-00950-VKD <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST FOR FEES AND COSTS** <br><br> Re: Dkt. No. 50 |

The Court previously granted plaintiff Lime Green Lighting's request to continue the September 9, 2025 hearing on defendant Brillant NextGen's motion to dismiss the complaint. Dkt. Nos. 45, 46.  Lime Green's request, which was filed on the morning the hearing was to occur, stated that medical issues precluded its counsel from attending the hearing that day.  *See* Dkt. No. 45.  Noting that Brilliant NextGen's counsel had already traveled from Washington, D.C. for the hearing, the Court permitted Brilliant NextGen to "file a request for reimbursement of those fees and/or expenses it incurred in preparing for and attending the hearing, and which cannot be recouped." Dkt. No. 46 at 1.  As the parties were unable to agree on Brilliant NextGen's requested fees and costs, they have submitted the matter to the Court for resolution.

Brilliant NextGen seeks reimbursement of $16,547.00 in fees and $1,638.73 in costs for a total of $18,185.73.  Acknowledging that the last minute cancellation of the originally set hearing date inconvenienced Brilliant NextGen and caused it to incur certain travel-related expenses that cannot be recouped, Lime Green does not take issue with Brilliant NextGen's costs, comprised of travel, meal, and lodging expenses.  Nor does Lime Green dispute defense counsel's hourly rates, which appear to be in line with rates prevailing in the community for similar work performed by

United States District Court
Northern District of California

United States District Court
Northern District of California

attorneys of comparable skill, experience, and reputation. *See, e.g., QuickLogic Corp. v. Konda Techs., Inc.*, No. 21-cv-04657-EJD, 2025 WL 1507097, at *2 (N.D. Cal. May 27, 2025). Although Lime Green is not opposed to reimbursing Brilliant NextGen for some amount of fees, Lime Green argues that Brilliant NextGen's requested fees are excessive. Brilliant NextGen states that its requested fees have already been reduced in the exercise of billing judgment. Brilliant NextGen argues that the fees sought reflect work that cannot be recouped because counsel was required to re-prepare for the motion hearing, which subsequently was re-set and held on October 21, 2025 (*see* Dkt. Nos. 47, 48, 52).

While Brilliant NextGen maintains that the "lack of notice" prior to Lime Green's requested hearing cancellation was "highly prejudicial" (*see* Dkt. No. 54 at ECF 2), nothing in the record refutes Lime Green's counsel's representation that the request was made due to an unexpected medical emergency that arose overnight, on the eve of the September 9, 2025 hearing. *See* Dkt. No. 53-1. Lime Green has taken steps to "ensure that such a situation will not happen again," i.e., by associating counsel's law partner, who entered an appearance and also attended the re-set October 21, 2025 motion hearing. *See id*. ¶ 7; *see also* Dkt. Nos. 49, 52. Brilliant NextGen has not demonstrated that reimbursement of fees for work by its local counsel and by a paralegal are warranted. Under the circumstances presented, the Court declines to award fees for hearing preparation time, as the Court is not persuaded that such time was wasted.

Accordingly, Brilliant NextGen's request for reimbursement of its fees and costs is granted in part and denied in part. Within 30 days from the date of this order, Lime Green shall reimburse Brilliant NextGen for $2,904.50 for fees incurred in dealing with Lime Green's last minute request to cancel the September 9, 2025 motion hearing and $1,638.73 in costs, for a total of $ 4,543.23.

**IT IS SO ORDERED.**

Dated: March 25, 2026

Virginia K. DeMarchi
United States Magistrate Judge